1006

[No. 40686-8-I.     Division One.     November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO RODRIGUEZ MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07398-5, Donald D. Haley, J., entered April 28, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41006-7-I.     Division One.     November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. SORG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00563-5, Anita L. Farris, J., entered July 11, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41251-5-I.     Division One.     November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ROCHA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00085-4, Donald D. Haley, J., entered August 15, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41445-3-I.     Division One.     November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00660-9, Edwin Simmers, J. Pro Tem., entered September 18, 1997. *Affirmed* by unpublished per curiam opinion.